**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 06-0110M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Philip Nicholas Maniatis, | ) | |
| Defendant. | ) | |

This matter arises on the Government's Motion to Strike Pro Se Pleadings of Defendant (docket # 11).

The Court **FINDS** that the below-identified pleadings violate LRCrim. 54.14 and LRCiv.83.3(c)(2).

The Court **FURTHER FINDS** that Defendant has the right to represent himself pro se or to be represented by an attorney. United States v. Halbert, 640 F.2d 1000, 1009 (9th Cir.1981) (per curiam).

The Court **FURTHER FINDS** that Defendant does not have a constitutional right to hybrid representation. United States v. Olano, 62 F.3d 1180, 1193 (9th Cir.1995).

Accordingly,

**IT IS ORDERED** that the Government's Motion to Strike Pro Se Pleadings of Defendant (docket # 11) is **GRANTED** and hereby **STRIKING** documents numbered 5, 6, 7 and 8 (dkt ## 5 - 8).

1      **IT IS FURTHER ORDERED** that Defendant shall refrain from filing or
2  lodging any pro se pleadings or other documents herein during the pendency of this action
3  unless said documents request self-representation, new counsel or with the express leave of
4  the trial judge.

5      DATED this 24th day of April, 2006.

/s/ Lawrence O. Anderson
Lawrence O. Anderson
United States Magistrate Judge

- 2 -